UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-61403-MGD |
| CURLYN SUZANNE LIBURD, | : | CHAPTER 7 |
| Debtor. | : | |
| NEIL C. GORDON,<br>Chapter 7 Trustee for the Estate of<br>Curlyn Suzanne Liburd, | : | |
| Plaintiff, | : | |
| vs. | : | ADV. PRO. NO. 16-05125 - MGD |
| AMTRUST MORTGAGE CORPORATION,<br>and MIDFIRST BANK, | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW MidFirst Bank, a defendant herein ("**MidFirst**"), and Neil C. Gordon, as Chapter 7 Trustee and plaintiff herein ("**Trustee**"), by and through their respective undersigned counsel, and, pursuant to Federal Rules of Bankruptcy Procedure Rule 7041 and Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and in accordance with the Settlement Agreement approved by the Court [Doc. No. 29, Case No. 14-61403-MGD], hereby stipulate to the dismissal, with prejudice, of this adversary proceeding and all claims raised herein.

Respectfully submitted this 24th day of April, 2017.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
michael.bargar@agg.com

171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031
Ph: 404.873.7030 / Fax: 404.873.7031

RUBIN LUBLIN, LLC
*Attorneys for MidFirst*

By:*/s/ Bret J. Chaness*
[With Express Permission by Michael J. Bargar provided on April 24, 2017]
Bret J. Chaness
Georgia Bar No. 720572
bchaness@rubinlublin.com

3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
Ph: 678-281-2730

**CERTIFICATE OF SERVICE**

This is to certify that I, Michael J. Bargar, am over the age of 18, and that I have this date served a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE by electronic mail on the following entities at the email addresses stated:

Bret J. Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
Email: bchaness@rubinlublin.com

Dated: April 24, 2017.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709